David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONYA WOLF, an individual and in her capacity as Guardian ad Litem for the minor NICHOLAS HOLLINGSWORTH, | ) ) ) ) ) | No.  2:08-CV-00964 FCD GGH |
| Plaintiffs, | ) ) | **STIPULATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | ) ) ) | |
| CITY OF STOCKTON; OFFICER SANDOVAL, individually and in his in his official capacity as police officer for the CITY OF STOCKTON; OFFICER AZVERAND, individually and in his official capacity as police officer for the CITY OF STOCKTON; DOES 1-20, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The parties, through their respective counsel stipulate to the appointment of Roger Craig as guardian ad litem for Nicholas Hollingsworth.  This stipulation is based on the declaration of Roger Craig set forth below.

**DECLARATION OF ROGER CRAIG**

I, Roger Craig, declare as follows:

1.  I am the maternal grandfather of Nicholas Hollingsworth and make this declaration of my own personal knowledge.  If called as a witness, I would testify competently to the matters stated herein

2.  Nicholas Hollingsworth is a minor born January 16, 1999.   I am over the age of 18 years and I am competent and willing to act in the minor's best interests.

3.  I previously acted as Nicholas Hollingsworth's guardian ad litem in another action filed in this court entitled *Sonya Wolf v. County of San Joaquin*, 2:06-CV-00047-WBS.

4.  I have no financial interest in the outcome of this action.

5.  I request an order approving my request to act as guardian ad litem for the minor child this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 11, 2008 at Palo Alto, California.


/s/ Roger Craig
ROGER CRAIG


The parties through their counsel hereby stipulate to the appointment of Roger Craig as guardian ad litem for Nicholas Hollingsworth.

DATED: October 27, 2008


/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

DATED: October 27, 2008


/s/ Charmaine Jackson
CHARMAINE JACKSON
Attorney for Defendants

STIPULATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

1

## <u>ORDER</u>

2     The court having considered the declaration of Roger Craig and the stipulation of the

3   parties and good cause appearing therefor:

4     **IT IS HEREBY ORDERED THAT** Roger Craig is appointed guardian ad litem for

5   Nicholas Hollingsworth.

6     DATED: November 17, 2008

7

8     _____
      FRANK C. DAMRELL, JR.

9     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM