```
RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, OFFICER SANDOVAL,
and OFFICER AZARVAND
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALFORNIA

| | |
|---|---|
| SONYA WOLF;<br>ROGER CRAIG in his capacity as Guardian ad Litem for the minor NICHOLAS H.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON;<br>OFFICER DARREN SANDOVAL, individually and in his in his official capacity as police officer for the CITY OF STOCKTON; OFFICER ERIC AZARVAND, individually and in his official capacity as police officer for the CITY OF STOCKTON; DOES 1-20,<br><br>        Defendants. | CASE NO.<br>2:08-CV-00964-FCD-GGH<br><br>**STIPULATION THAT DEFENDANTS' ORIGINAL ANSWER TO ORIGINAL COMPLAINT BE DEEMED ANSWER TO AMENDED COMPLAINT; ORDER** |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that defendants' answer to plaintiffs' original complaint be deemed their answer to the

/////

/////

/////

/////

/////

1

---

STIPULATION THAT DEFENDANTS' ORIGINAL ANSWER TO ORIGINAL COMPLAINT BE DEEMED ANSWER TO AMENDED COMPLAINT, ETC.

amended complaint.  As a result, this stipulation will avoid unnecessarily having to file a repetitive pleading.

Dated:  August 11, 2009         RICHARD E. NOSKY, JR.
                                CITY ATTORNEY


                                BY/s/ *Shelley L. Green*
                                   SHELLEY L. GREEN
                                   ASSISTANT CITY ATTORNEY

                                Attorneys for Defendants
                                CITY OF STOCKTON, OFFICER
                                DARREN SANDOVAL, and OFFICER
                                ERIC AZARVAND


Dated:  August 11, 2009         /s/ *David J. Beauvais*
                                DAVID J. BEAUVAIS
                                Attorney for Plaintiffs


**ORDER**

    IT IS SO ORDERED.

Dated: August 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

2

STIPULATION THAT DEFENDANTS' ORIGINAL ANSWER TO ORIGINAL COMPLAINT BE DEEMED ANSWER TO AMENDED COMPLAINT, ETC.