UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SONYA WOLF, et. al.,

        Plaintiffs,

    v.

CITY OF STOCKTON, et. al.,

        Defendants.

NO. CIV.S-08-0964 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendants' Motion for Summary Judgment (Docket #19) is continued to February 26, 2010, at 10:00 a.m. The defendants may file and serve a reply on or before February 19, 2010.

    2.    Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to <u>timely</u> file an opposition to defendants' motion in compliance with Local Rule 230(c).

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before February 12, 2010.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

    IT IS SO ORDERED.

DATED: January 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2